# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | Maria Valdez |
|---|---|---|---|
| **CASE NUMBER** | 06 CR 922 - ALL | **DATE** | 12/19/2007 |
| **CASE TITLE** | USA vs. Jose Perez, et al | | |

**DOCKET ENTRY TEXT**

Government's oral motion to unseal original indictment and superseding indictment is granted.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:30

| | Courtroom Deputy Initials: | yp |
|---|---|---|