**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                           Case No.: 1:06–cr–00922
                                                          Honorable Elaine E. Bucklo

Jose Perez, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 7, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :As to Jose Perez, George Chavez, Alejandro Perez, Blanca Sancen, Nikole Sakellarion, Moses Echevarria, Ubaldo Regaldo–Duran, Jose Perez, Vinicio Camey, Hector Jerry Cruz, Raul Villacis, staus hearing set for 1/11/08 is vacated. Status previously set for 1/18/08 at 10:00a.m. stands. No notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.