# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                               Case No.: 1:06−cr−00922
                                               Honorable Elaine E. Bucklo

Jose Perez, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 18, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :As to Jose Perez, George Chavez, Alejandro Perez, Nikole Sakellarion, Moses Echevarria, Ubaldo Regaldo−Duran, Jose Perez, Vinicio Camey, Hector Jerry Cruz, Raul Villacis, Status hearing held on 1/18/2008. Status hearing set for 2/1/08 is reset for 2/22/2008 at 10:00 AM. Pursuant to defendant's request, as to defendant Raul Villacis, the conditions of of his bond are modified to allow him to attend Baby shower on 2/2/08 and to be at his wedding in April. Time from this day through next status is excluded for trial preparations under 18:3161 (h)(8)(B)(iv).Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.