# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                        Case No.: 1:06–cr–00922
                                                        Honorable Elaine E. Bucklo

Jose Perez, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 22, 2008:

      MINUTE entry before Judge Elaine E. Bucklo :As to Jose Perez, Alejandro Perez, Blanca Sancen, Ubaldo Regaldo–Duran, Jose Perez, Vinicio Camey, Hector Jerry Cruz, Status hearing held on 2/22/2008 and continued to 3/21/08 at 10:00 a.m. Time from this day through next status is excluded for trial preparation under 18:3161 (h)(8)(B)(iv). Mailed notice (mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.